IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHANIE L. STITELY, | : | |
| Plaintiff | : | No. 1:16-cv-00733 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| MICHAEL TROTTA, et al., | : | (Chief Magistrate Judge Schwab) |
| Defendants | : | |

## ORDER

Before the Court is the January 31, 2017 Report and Recommendation of Magistrate Judge Schwab (Doc. No. 23), recommending dismissal of pro se Plaintiff Stephanie L. Stitely's complaint (Doc. No. 1), for failure to prosecute under Federal Rule of Civil Procedure 41(b). No timely objections have been filed. **ACCORDINGLY**, on this 20th day of June 2017, upon independent review of the record and the applicable law, **IT IS ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Schwab (Doc. No. 23);

2. Plaintiff Stephanie L. Stitely's complaint (Doc. No. 1), is **DISMISSED** under Federal Rule of Civil Procedure 41(b); and

3. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania